UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JERRY SIMS #212447,

    Plaintiff,                              Case No. 07-14380

v.                                       District Judge Patrick J. Duggan
                                            Magistrate Judge R. Steven Whalen

DR. PIPER,

    Defendants.
_____/

**ORDER GRANTING LEAVE TO DEPOSE PLAINTIFF**

Before the Court are Defendants' Motion to for Leave to take Plaintiff's Deposition [Docket #25] and Supplement to Motion and/or Motion to Expedite Order [Docket #28]. Plaintiff, who has filed this action *pro se* under 42 U.S.C. §1983, is an inmate in the custody of the Michigan Department of Corrections (MDOC).

Defendants' motions are GRANTED. Pursuant to Fed.R.Civ.P. 30(a)(2), the Defendant, through his attorneys, Ronald W. Chapman and David B. Mammel of Chapman and Associates,P.C., are hereby granted leave to conduct a deposition of the Plaintiff, Jerry Sims, #212447, at the Ryan Correctional Facility, or any other MDOC facility at which he might be housed. Said deposition may be taken within three weeks of the date of this Order.

SO ORDERED.

                                        S/R. Steven Whalen
                                        R. STEVEN WHALEN
                                        UNITED STATES MAGISTRATE JUDGE

Dated: May 27, 2008

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on May 27, 2008.

                                        S/G. Wilson
                                        Judicial Assistant